IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **05-CV-0249Ü**

(To be supplied by the court)

Nathan Earl Breackenridge, Plaintiff,

FILED
UNITED STATES DISTRICT COURT
FOR COLORADO

NOV 21 2005

GREGORY C. LANGHAM
CLERK

v.

Sgt. Morris

Lt. Thibadeau

Larry e. Ried,   WARDEN AT CCF   , Defendant(s).

C/O Walker

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

   Civil Rights action--------------Deprivation of Property----------
   Civil Right Violation — Due Process — Access to Courts
   1st and 14th Amendments Violations

(Rev. 4/15/02)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

N/A

5. Are you in imminent danger of serious physical injury?   No

___ Yes ___ No  (CHECK ONE).  If you answered yes, briefly explain your answer:

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  _____
                           (Date)

_____
(Prisoner's Original Signature)

### Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 4/15/02)                                      2

```
= INMATE BANKING ======= INMATE BANKING HISTORY ========== 10/28/2005 = Page  1

Account: 81760 BREACKENRIDGE, NATHAN E          BUENAVISTA BVCF/SEG
   To:From Dates  05/01/2005: 10/28/2005
=================================================================================
Trans Date    Description          Deposits  Withdrawls   Balance    Loc
----------    ---------------------  --------  ---------   ------------  ---
05/01/2005 BALANCE AS OF 05/01/2005                         -10.41
05/02/2005 1 KITCH.UTIL.II         7.80                     -2.61  BV
05/04/2005 HYGIENE ITEMS DEBIT                0.78          -3.39  BV
05/05/2005 XEROX-DEBIT                        0.25          -3.64  BV
05/09/2005 HYGIENE ITEMS DEBIT                0.78          -4.42  BV
05/16/2005 HYGIENE ITEMS DEBIT                0.79          -5.21  BV
05/19/2005 RELEASE MONEY - CREDIT  100.00                   94.79  BV
05/23/2005 XEROX-DEBIT                        4.60          90.19  BV
05/27/2005 Canteen Order #3848346            52.19          38.00  BV
05/31/2005 RESTITUTION-92CR2026               1.56          36.44  BV
06/01/2005 1 KITCH.UTIL.II        13.80                     50.24  BV
06/08/2005 MEDICAL DEBIT APPOINT               5.00         45.24  BV
06/16/2005 Canteen Order #3879215             6.56          38.68  BV
06/17/2005 Canteen Order #3867244            35.88           2.80  BV
06/20/2005 XEROX-DEBIT                        0.25           2.55  BV
06/29/2005 INCENTIVE PAY CREDIT    3.00                      5.55  BV
06/30/2005 RESTITUTION-92CR2026               3.36           2.19  BV
07/01/2005 1 KITCH.UTIL.II        13.20                     15.39  BV
07/08/2005 Canteen Order #3905893            12.71           2.68  BV
07/29/2005 RESTITUTION-92CR2026               2.64           0.04  BV
08/01/2005 1 KITCH.UTIL.II        13.80                     13.84  BV
08/04/2005 Canteen Order #3946667            10.31           3.53  BV
08/15/2005 Canteen Order #3957726             0.76           2.77  BV
08/16/2005 Canteen Credit #3963050 10.31                    13.08  BV
08/25/2005 Canteen Order #3979160             8.97           4.11  BV
08/31/2005 RESTITUTION-92CR2026               2.76           1.35  BV
09/01/2005 Canteen Order #3987248             1.24           0.11  BV
09/01/2005 1 KITCH.UTIL.II         0.60                      0.71  BV
09/09/2005 Canteen Order #3995771             0.37           0.34  BV
09/12/2005 MONEY ORDER - CREDIT   200.00                   200.34  BV
09/15/2005 Canteen Order #4011036            24.03         176.31  BV
09/16/2005 MONEY ORDER - CREDIT   100.00                   276.31  BV
09/21/2005 XEROX-DEBIT                        0.45         275.86  BV
09/21/2005 XEROX-DEBIT                        0.25         275.61  BV
09/23/2005 Canteen Order #4020782            14.60         261.01  BV
09/26/2005 XEROX-DEBIT                        0.30         260.71  BV
09/29/2005 POSTAGE-DEBIT                      4.05         256.66  BV
09/29/2005 Canteen Order #4028165            13.36         243.30  BV
09/30/2005 RESTITUTION-92CR2026              60.12         183.18  BV
10/03/2005 POSTAGE-DEBIT                      5.11         178.07  BV
10/04/2005 1 UNA DDC               4.60                    182.67  BV
10/05/2005 1 UNA SEG               5.06                    187.73  BV
10/05/2005 XEROX-DEBIT                        0.25         187.48  BV
10/06/2005 Canteen Order #4037420            14.36         173.12  BV
10/13/2005 Canteen Order #4051541             6.62         166.50  BV
10/17/2005 MONEY ORDER-DEBIT                  5.75         160.75  BV
10/20/2005 Canteen Order #4064078             7.49         153.26  BV
10/21/2005 MEDICAL DEBIT APPOINT              5.00         148.26  BV
10/24/2005 POSTAGE-DEBIT                      1.75         146.51  BV
10/27/2005 Canteen Order #4072079             2.92         143.59  BV
10/28/2005 BALANCE AS OF 10/28/2005                        143.59
```

===========================================================================
| | |
|---|---:|
| Total money order in hold: | 0.00 |
| Current balance as of 10/28/2005: | 143.59 |
| **Reserved/Encumbered Monies: | 1.93 |
| Available money as of 10/28/2005: | 141.66 |