IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02490-BNB

NATHAN EARL BREACKENRIDGE,

    Plaintiff,

v.

SGT. MORRIS,
LT. THIEBADEAU,
LARRY REID, Warden, and
C/O WALKER,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 17 2006

GREGORY C. LANGHAM
CLERK

## ORDER ALLOWING PLAINTIFF TO PROCEED
## WITHOUT PAYMENT OF INITIAL PARTIAL FILING FEE

On January 10, 2006, the court granted Plaintiff Nathan E. Breackenridge leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(1), the court ordered Mr. Breackenridge either to pay an initial partial filing fee of $15.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. On May 8, 2006, Mr. Breackenridge submitted a copy of his inmate trust fund account statement showing that the available balance in his account as of May 2, 2006, is $0.24. The financial affidavit previously filed by Mr. Breackenridge reveals no other assets.

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full amount of the filing fee when the action is filed, the statute provides for payment of the

filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Because he has demonstrated that he has no assets and no means by which to pay the initial partial filing fee, Mr. Breackenridge will be allowed to proceed in this action without payment of the initial partial filing fee designated in the court's January 10, 2006, order. The court will proceed to review the complaint pursuant to § 1915(e)(2)(B). However, although he may proceed without payment of an initial partial filing fee, Mr. Breackenridge remains obligated to pay the full $250.00 filing fee through monthly installments as directed in the court's January 10 order and reiterated below. Accordingly, it is

ORDERED that Mr. Breackenridge may proceed in this action without payment of the initial partial filing fee designated in the court's January 10, 2006, order because he has shown cause why he has no means by which to pay an initial partial filing fee. Mr. Breackenridge remains obligated to pay the full amount of the required $250.00 filing fee pursuant to § 1915(b)(1). It is

FURTHER ORDERED that until the $250.00 filing fee is paid in full, Mr. Breackenridge shall make monthly payments to the court of twenty (20) percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment. Mr. Breackenridge is directed to make the necessary arrangements to have the monthly payments identified by the

civil action number on this order. It is

FURTHER ORDERED that if Mr. Breackenridge fails to have the appropriate payment sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice. It is

**FURTHER ORDERED that the court may dismiss this action and may apply all or part of the filing fee payments tendered in this action to satisfy any filing fee debt the plaintiff may owe in a prior action or actions if the plaintiff fails to stay current with his payment obligations in the prior action or actions.**

DATED May 17, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 05-cv-02490-BNB

Nathan E. Breackenridge
Prisoner No. 81760
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215- 0777

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/17/06

GREGORY C. LANGHAM, CLERK

By: /s/ Andrea

Deputy Clerk